A. D. Campbell, et al., Appellants, v. R. B. Slay, et al. Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Washington.

Appeal dismissed on motion of counsel for appellants.

*Watson & Pasco, A. W. Weeks, Myers & Myers* and *Obie Crocker,* for Appellants;

*H. H. Wells* and *Price & Carter,* for Appellees.